JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS HARDIN, | Case No. CV 11-0632 CJC (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B.M. CASH, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 22, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE